**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

Robert L. Hillman,

    Plaintiff,

  v.

Brian Simms, et. al.,

    Defendants.

Case No. 2:08-cv-717

JUDGE MARBLEY

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

>IT IS ORDERED AND ADJUDGED That pursuant to the March 11, 2009 Order, plaintiff's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED**. This case is **DISMISSED** for failure to state a claim upon which relief can be granted and for seeking monetary relief against defendants who are immune from such relief.

Date: **March 11, 2009**           **James Bonini, Clerk**

                           s/Betty L. Clark
                           Betty L. Clark/Deputy Clerk